**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1094**

SUKCHA THARP,

          Plaintiff – Appellant,

     v.

LORETTA E. LYNCH, Attorney General; UNITED STATES
DEPARTMENT OF JUSTICE, Drug Enforcement Agency,

          Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:15-cv-00719-GBL-MSN)

Submitted:  September 15, 2016     Decided:  October 5, 2016

Before MOTZ and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard F. Hawkins, III, HAWKINS LAW FIRM, PC, Richmond,
Virginia, for Appellant.  Dana J. Boente, United States
Attorney, Andrew S. Han, Assistant United States Attorney,
Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sukcha Tharp appeals the district court's order granting Defendants' motion to dismiss or, in the alternative, for summary judgment, on Tharp's discrimination, harassment and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012), and the Rehabilitation Act of 1973, as amended, 29 U.S.C.A. §§ 701 to 796l (West 2008 & Supp. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Tharp v. Lynch, No. 1:15-cv-00719-GBL-MSN (E.D. Va. Dec. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED